## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br>financialright claims GmbH<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | C.A. No. _____ |

**APPLICANT FINANCIALRIGHT CLAIMS GMBH'S**
**FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, financialright claims GmbH states that it is wholly owned by Cars s.r.o., a privately held company organized under the laws of the Czech Republic, and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

OF COUNSEL:

Jeffrey A. Rosenthal
*(pro hac vice application forthcoming)*
Christopher P. Moore
*(pro hac vice application forthcoming)*
Lina Bensman
*(pro hac vice application forthcoming)*
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 - Telephone
(212) 225-3999 - Facsimile
jrosenthal@cgsh.com
cmoore@cgsh.com
lbensman@cgsh.com

POTTER ANDERSON & CORROON LLP

By: */s/ Jacqueline A. Rogers*
    Bindu A. Palapura (#5370)
    Jacqueline A. Rogers (#5793)
    1313 N. Market Street, 6th Floor
    Wilmington, DE 19801-6108
    (302) 984-6000
    bpalapura@potteranderson.com
    jrogers@potteranderson.com

*Attorneys for Applicant financialright claims GmbH*

Dated: December 29, 2023