# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of financialright claims GmbH<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | C.A. No. 23-1481-CFC |

## MOTION TO COMPEL ARBITRATION AND TO STAY FURTHER PROCEEDINGS PENDING ARBITRATION

Respondents Burford German Funding LLC, German Litigation Solutions LLC, and Burford Capital LLC (collectively, "Movants") hereby move this Honorable Court for an Order in the form submitted herewith, compelling arbitration of Petitioner financialright claims GmbH's application for discovery under 28 U.S.C. § 1782, and staying any further court proceedings on that application.

The bases for this motion are set forth in the accompanying Memorandum of Law and Exhibit thereto in support of this motion.

| OF COUNSEL: | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP |
|---|---|
| Derek T. Ho<br>Travis G. Edwards<br>Dustin G. Graber<br>KELLOGG, HANSEN, TODD, FIGEL<br>   & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Phone: (202) 326-7900<br>Fax: (202) 326-7999<br>dho@kellogghansen.com<br>tedwards@kellogghansen.com<br>dgraber@kellogghansen.com<br><br>*Counsel for Burford German Funding LLC and Burford Capital LLC* | /s/ *Anne Shea Gaza*<br>Elena C. Norman (No. 4780)<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>enorman@ycst.com<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Counsel for Burford German Funding LLC, German Litigation Solutions LLC, and Burford Capital LLC* |

Edward P. Boyle
Allison M. Cunneen
VENABLE LLP
151 W 42nd Street
New York, NY 10036
(212) 307-5500
EPBoyle@Venable.com
AMCunneen@Venable.com

*Counsel for German Litigation Solutions LLC*

Dated: May 31, 2024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of financialright claims GmbH<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | C.A. No. 23-1481-CFC |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2024, that Respondents Burford German Funding LLC, German Litigation Solutions LLC, and Burford Capital LLC's Motion to Compel Arbitration and to Stay Further Proceedings Pending Arbitration is GRANTED and that Petitioner financialright claims GmbH's § 1782 application is stayed pending arbitration.

_____
Honorable Colm F. Connolly
Chief Judge, United States District Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of financialright claims GmbH<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | C.A. No. 23-1481-CFC |

## LOCAL RULE 7.1.1 CERTIFICATION

Counsel for Respondents Burford German Funding LLC, German Litigation Solutions LLC, and Burford Capital LLC (collectively, "Movants") certifies that a reasonable effort was made to reach agreement with Petitioner financialright claims GmbH regarding the matters set forth in Movants' Motion to Compel Arbitration and the Stay Further Proceedings Pending Arbitration, including oral communication involving Delaware counsel for all parties, but no agreement was reached.

Dated: May 31, 2024

                                              YOUNG CONAWAY STARGATT
                                                 & TAYLOR, LLP

                                              */s/ Anne Shea Gaza*
                                              Elena C. Norman (No. 4780)
                                              Anne Shea Gaza (No. 4093)
                                              Samantha G. Wilson (No. 5816)
                                              Rodney Square
                                              1000 North King Street

Wilmington, Delaware 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Counsel for Burford German Funding LLC,
German Litigation Solutions LLC, and
Burford Capital LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Bindu A. Palapura
Jacqueline A. Rogers
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
bpalapura@potteranderson.com
jrogers@potteranderson.com

Jeffrey A. Rosenthal
Lina Bensman
Christopher P. Moore
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
jrosenthal@cgsh.com
lbensman@cgsh.com
cmoore@cgsh.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Counsel for Burford German Funding LLC, Burford Capital LLC, and German Litigation Solutions LLC*