# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of financialright claims GmbH<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | C.A. No. 23-1481-CFC |

## RESPONDENT BURFORD GERMAN FUNDING LLC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and the Court's Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, Respondent Burford German Funding LLC ("BGF") states that it is jointly owned by: Burford Capital LLC, German Litigation Solutions LLC ("GLS"), and Pill Beteiligungen UG (haftungsbeschränkt). No publicly held corporation owns 10% or more of BGF's stock.

Burford Capital LLC is owned by Burford Capital Holdings (UK) Limited which is owned by Ollivets Investments Limited and Burford Capital Limited, a publicly traded company. Ollivets Investments Limited is owned by Burford Capital Limited, a publicly traded company. No publicly held corporation owns 10% or more of Burford Capital Limited's stock.

GLS is wholly owned by Hausfeld LLP and Hausfeld & Co. LLP. The owners of Hausfeld LLP are: Katie Beran; Swathi Bojedla; Melinda Coolidge;

Reena Gambhir; Nathaniel Giddings; Sathya Gosselin; Michael Hausfeld; Megan Jones; Walter Kelley; Christopher Lebsock; Michael Lehmann; Scott Martin; Anthony Maton; James Pizzirusso; Brian Ratner; Hilary Scherrer; and Gary Smith.

The owners of Hausfeld & Co. LLP are: Ned Beale; Nicola Boyle; Andrew Bullion; Scott Campbell; Lianne Craig; Lesley Hannah; Michael Hausfeld; Anthony Maton; John McElroy; and Brian Ratner.

Pill Beteiligungen UG (haftungsbeschränkt) is owned by Bernd Pill.

| | |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Derek T. Ho<br>Travis G. Edwards<br>Dustin G. Graber<br>KELLOGG, HANSEN, TODD, FIGEL<br>  & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Phone: (202) 326-7900<br>Fax: (202) 326-7999<br>dho@kellogghansen.com<br>tedwards@kellogghansen.com<br>dgraber@kellogghansen.com | /s/ Anne Shea Gaza<br>Elena C. Norman (No. 4780)<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>enorman@ycst.com<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Counsel for Burford German Funding LLC* |

Dated: May 31, 2024

<h1 style="text-align:center">CERTIFICATE OF SERVICE</h1>

The undersigned hereby certifies that on May 31, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Bindu A. Palapura
Jacqueline A. Rogers
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
bpalapura@potteranderson.com
jrogers@potteranderson.com

Jeffrey A. Rosenthal
Lina Bensman
Christopher P. Moore
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
jrosenthal@cgsh.com
lbensman@cgsh.com
cmoore@cgsh.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Counsel for Burford German Funding LLC, Burford Capital LLC, and German Litigation Solutions LLC*