# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of financialright claims GmbH<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | C.A. No. 23-1481-CFC |

**RESPONDENT BURFORD CAPITAL LLC'S**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and the Court's Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, Respondent Burford Capital LLC states that it is owned by Burford Capital Holdings (UK) Limited which is owned by Ollivets Investments Limited and Burford Capital Limited, a publicly traded company. Ollivets Investments Limited is owned by Burford Capital Limited, a publicly traded company. No publicly held corporation owns 10% or more of Burford Capital Limited's stock or Burford Capital LLC's stock.

| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Derek T. Ho | */s/ Anne Shea Gaza* |
| Travis G. Edwards | Elena C. Norman (No. 4780) |
| Dustin G. Graber | Anne Shea Gaza (No. 4093) |
| KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. | Samantha G. Wilson (No. 5816) |
| | Rodney Square |
| 1615 M Street, N.W., Suite 400 | 1000 North King Street |
| Washington, D.C. 20036 | Wilmington, Delaware 19801 |
| Phone: (202) 326-7900 | (302) 571-6600 |
| Fax: (202) 326-7999 | enorman@ycst.com |
| dho@kellogghansen.com | agaza@ycst.com |
| tedwards@kellogghansen.com | swilson@ycst.com |
| dgraber@kellogghansen.com | |
| | *Counsel for Burford Capital LLC* |
| Dated: May 31, 2024 | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Bindu A. Palapura<br>Jacqueline A. Rogers<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>bpalapura@potteranderson.com<br>jrogers@potteranderson.com | Jeffrey A. Rosenthal<br>Lina Bensman<br>Christopher P. Moore<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>jrosenthal@cgsh.com<br>lbensman@cgsh.com<br>cmoore@cgsh.com |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Counsel for Burford German Funding LLC, Burford Capital LLC, and German Litigation Solutions LLC*