IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of financialright claims GmbH<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 23-cv-01481 |

**RESPONDENT GERMAN LITIGATION SOLUTIONS LLC'S**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and the Court's Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, Respondent German Litigation Solutions LLC ("GLS") states that it is wholly owned by Hausfeld LLP and Hausfeld & Co. LLP. No public company owns 10% or more of GLS's stock.

The owners of Hausfeld LLP are: Katie Beran; Swathi Bojedla; Melinda Coolidge; Reena Gambhir; Nathaniel Giddings; Sathya Gosselin; Michael Hausfeld; Megan Jones; Walter Kelley; Christopher Lebsock; Michael Lehmann; Scott Martin; Anthony Maton; James Pizzirusso; Brian Ratner; Hilary Scherrer; and Gary Smith.

The owners of Hausfeld & Co. LLP are: Ned Beale; Nicola Boyle; Andrew Bullion; Scott Campbell; Lianne Craig; Lesley Hannah; Michael Hausfeld; Anthony Maton; John McElroy; and Brian Ratner.

1

| | |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Edward P. Boyle<br>Allison M. Cunneen<br>VENABLE LLP<br>151 W 42nd Street<br>New York, NY 10036<br>Phone: (212) 307-5500<br>EPBoyle@Venable.com<br>AMCunneen@Venable.com | */s/ Anne Shea Gaza*<br>Elena C. Norman (No. 4780)<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>enorman@ycst.com<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Counsel for German Litigation Solutions LLC* |
| Dated: May 31, 2024 | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Bindu A. Palapura
Jacqueline A. Rogers
POTTER ANDERSON &
CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
bpalapura@potteranderson.com
jrogers@potteranderson.com

Jeffrey A. Rosenthal
Lina Bensman
Christopher P. Moore
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
jrosenthal@cgsh.com
lbensman@cgsh.com
cmoore@cgsh.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Counsel for Burford German Funding LLC, Burford Capital LLC, and German Litigation Solutions LLC*